NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

**NETLIST, INC.,**
*Appellant*

v.

**SAMSUNG ELECTRONICS CO., LTD.,**
*Appellee*

2023-2182, 2023-2183

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00062 and IPR2022-00064.

**ON MOTION**

**O R D E R**

Upon consideration of the parties' joint stipulation of voluntary dismissal pursuant to Federal Rule of Appellate Procedure 42(b),

IT IS ORDERED THAT:

(1) These appeals are dismissed. Each side shall bear its own costs.

(2) ECF No. 13 is denied as moot.

FOR THE COURT



| October 19, 2023 | Jarrett B. Perlow |
|---|---|
| Date | Clerk of Court |

ISSUED AS A MANDATE: October 19, 2023